TAYLOR v. JOHNSTON

    No. 111 PC.

    Case below: 27 N.C. App. 186.

    Petition for discretionary review under G.S. 7A-31 allowed 17 December 1975.

YARBOROUGH v. YARBOROUGH

    No. 77 PC.

    Case below: 27 N.C. App. 100.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 2 December 1975.